UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

John Adesalu  
4889 Royal Coachman Drive  
Elkridge, MD 21075

                              Jury Trial Demanded

                              Case No. 07-2187 PLF

      v.

Kevin J. Martin, Chairman, Federal  
Communications Commission  
445 12th St., SW  
Wash., DC 20554

      Defendant.

## AFFIDAVIT OF SERVICE

I, Ellen Lescht, declare under penalty of perjury that the following information is true and correct:

1. I am over the age of 18 and am not a party to the above entitled action.

2. I served the summons and complaint upon the defendant, by certified mail, return receipt requested, restricted delivery, addressed to defendant c/o the US Attorney General on February 20, 2008. The return receipt is stapled below.

                                     _Ellen Lescht_  
                                       Ellen Lescht

Sworn to before this 2nd day

_Nicole S. Bia_  
Notary public

**NICOLE S. BROW**  
**NOTARY PUBLIC DISTRICT OF C**  
**My Commission Expires July**

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael B. Mukasey,  
US Attorney General  
US Dept. of Justice  
950 Pennsylvania Ave., NW  
Washington, D.C. 20530

2. Article Number (Transfer): 7007 0220 0003 4106 9609

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  
X _[signature]_ ☐ Agent ☐ Address

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes    
If YES, enter delivery address below: ☐ No

3. Service Type  
☒ Certified Mail ☐ Express Mail  
☐ Registered ☒ Return Receipt for Merchandise  
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

John Adesalu

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1