UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

John Adesalu  
4889 Royal Coachman Drive  
Elkridge, MD 21075  

: 
: 
: 
: Jury Trial Demanded  

v.  

: Case No. 07-2187  
:          PLF  

Kevin J. Martin, Chairman, Federal  
Communications Commission  
445 12th St. SW  
Washington, DC 20554  

: 
: 
: 
: 
: 

Defendant.

## AFFIDAVIT OF SERVICE

I, Ellen Lescht, declare under penalty of perjury that the following information is true and correct:

1. I am over the age of 18 and am not a party to the above entitled action.

2. I served the summons and complaint upon the defendant, by certified mail, return receipt requested, restricted delivery, addressed to defendant c/o the Chairman of the Agency on February 20, 2008. The return receipt is stapled below.

*Ellen Lescht*

Ellen Lescht

Sworn to before this 3rd day of April, 2008

*Nicole S. Brown*

Notary public

**NICOLE S. BROWN**  
NOTARY PUBLIC DISTRICT OF COLUMBIA  
My Commission Expires July 31, 2011

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kevin J. Martin  
Chairman, Federal Communications  
(Commission)  
445 12th Street, S.W.  
Washington, D.C.  
20554

2. Article (Transfer...) 7007 0220 0003 4106 9593

PS Form 3811, February 2004

**COMPLETE THIS SECTION ON DELIVERY**

John Adesalu

A. Signature  
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  
If YES, enter delivery address below: ☐ No

Received & Inspected  
FEB 2 0 2008  
FCC Mail Room

3. Service Type  
☑ Certified Mail  ☐ Express Mail  
☐ Registered  ☑ Return Receipt for Merchandise  
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Domestic Return Receipt  102595-02-M-1