UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

John Adesalu
4889 Royal Coachman Drive
Elkridge, MD 21075

Jury Trial Demanded

v.

Case No. 07-2187 PLF

Kevin J. Martin, Chairman, Federal Communications Commission
445 12th St., SW
Wash., DC 20554

Defendant.

AFFIDAVIT OF SERVICE

I, Ellen Lescht, declare under penalty of perjury that the following information is true and correct:

1. I am over the age of 18 and am not a party to the above entitled action.

2. I served the summons and complaint upon the defendant, by certified mail, return receipt requested, restricted delivery, addressed to defendant c/o the US Attorney General on February 20, 2008. The return receipt is stapled below.

Ellen Lescht

Sworn to before this 2nd day

Notary public

NICOLE S. BROW
NOTARY PUBLIC DISTRICT OF (
My Commission Expires July :

John Adesalu

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael B. Mukasey
U.S. Attorney General
US Dept. of Justice
950 Pennsylvania Ave, N.W.
Washington, D.C. 20530

2. Arti[illegible] (Tra[illegible] 7007 0220 0003 4106 9609

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☐ Agent ☐ Address

B. Received by (Printed Name) C. Date of Delive
FEB 2 [illegible]

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandi
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1