UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
JOHN ADESAUL,                       )
                                    )
       Plaintiff,                  )
                                    )
    v.                              )   Civil Action No. 07-2187 (PLF)
                                    )
KEVIN J. MARTIN, Chairman,          )
    Federal Communications Commission, )
                                    )
       Defendant.                  )
_____)

## ORDER

The complaint in this case was filed on December 4, 2007. On April 1, 2008, the Court ordered plaintiff, who is represented by counsel, to show cause within 15 days why plaintiff's action should not be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, because there was no record in this case that defendant had been served with process. See FED. R. CIV. P. 4(m).

> Rule 4(i)(2) of the Federal Rules of Civil Procedure states that:
>
> To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.

FED. R. CIV. P. 4(i)(2). Rule 4(i)(1) directs that to serve the United States one must:

> (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought – or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk – or

>   (ii) send a copy of each by registered or certified mail to the civil-
>   process clerk at the United States attorney's office;
>
>   (B) send a copy of each by registered or certified mail to the
>   Attorney General of the United States at Washington, D.C.; and
>
>   (C) if the action challenges an order of a nonparty agency or officer
>   of the United States, send a copy of each by registered or certified
>   mail to the agency or officer.

FED. R. CIV. P. 4(i)(1).

On April 2, 2008, plaintiff's counsel filed with the Court three return of service affidavits; two affidavits indicate that process was served on Attorney General Mukasey, and one affidavit indicates that process was served on defendant Martin. The two affidavits regarding Attorney General Mukasey appear to be identical; the 20-digit United States Postal Service number at the bottom of each is identical. The return of service affidavits filed by plaintiff's counsel do not indicate that plaintiff served the United States Attorney for the District of Columbia. Because the two affidavits mentioning Attorney General Mukasey are identical, the Court will allow plaintiff to show, if he can, that within the time frame allowed by the Court's April 1, 2008 Order he served the United States Attorney for the District of Columbia. If plaintiff does not do so, this action will be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Accordingly, it is hereby

ORDERED that plaintiff shall file a proof of service affidavit with respect to service of process on the United States Attorney for the District of Columbia on or before May 5, 2008.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 28, 2008