UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

John Adesalu
4889 Royal Coachman Drive
Elkridge, MD 21075

                           Jury Trial Demanded

              v.                        Case No. 07-2187 PLF

Kevin J. Martin, Chairman, Federal
Communications Commission
445 12th St., SW
Wash., DC 20554

                Defendant.

## AFFIDAVIT OF SERVICE

I, Ellen Lescht, declare under penalty of perjury that the following information is true and correct:

1. I am over the age of 18 and am not a party to the above entitled action.

2. I served the summons and complaint upon the defendant, by certified mail, return receipt requested, restricted delivery, addressed to defendant c/o the US Attorney for DC on February 19, 2008. The return receipt is stapled below.

                                    Ellen Lescht

Sworn to before this 2nd day

Nicole S Bia
Notary public

**NICOLE S. BROWN**
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires July 31, 2011

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeffrey A. Taylor
United States Attorney for
the District of Columbia
555 4th Street, NW
Washington, D.C.
20530

2. Article Number (Transfer...): 7007 0220 0003 4106 9586

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): FEB 19 2008
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes