UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN ADESALU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-2187 (PLF) |
| | ) | |
| KEVIN J. MARTIN, CHAIRMAN, | ) | |
| FEDERAL COMMUNICATIONS | ) | |
| COMMISSION | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for an Enlargement of Time up to and including May 22, 2008 to answer or respond to Plaintiff's complaint. Plaintiff's Counsel has no objection to this request for enlargement of time.

The additional time is requested because Counsel has been unable to complete the coordination and discussions with the agency with regard to the filing of Defendant's response or answer.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

        Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

__ /s/ _____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
555 4th Street, N.W., E-4106
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN ADESALU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-2187 (PLF) |
| | ) |
| KEVIN J. MARTIN, CHAIRMAN, | ) |
| FEDERAL COMMUNICATIONS | ) |
| COMMISSION | ) |
| | ) |
| Defendant. | ) |

**ORDER**

UPON CONSIDERATION OF Defendant's Unopposed Motion for Enlargement of Time, and for good cause shown, it is hereby

ORDERED that Defendant's Unopposed Motion for Enlargement of Time is Granted. It is

FURTHER ORDERED that Defendant may answer or respond to the Complaint by May 22, 2008.

_____
UNITED STATES DISTRICT JUDGE