UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN ADESALU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-2187 (PLF) |
| | ) | |
| KEVIN J. MARTIN, CHAIRMAN | ) | |
| FEDERAL COMMUNICATIONS | ) | |
| COMMISSION | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MEET AND CONFER STATEMENT**

Pursuant to Fed. R. Civ. P. 26(f), L.Cv.R. 16.3, and the Court's General Order and Guidelines for Civil Cases (ECF) (the "General Order"), the parties, through their undersigned counsel, hereby state that they conferred and reached the agreements set forth herein. Pursuant to the rules of this Court and the General Order, counsel submit this report and a proposed Scheduling Order incorporating the parties' suggestions.

1.   Statement of the Case and Defenses:

   Plaintiff:

   The Complaint alleges that Plaintiff, who has been employed by Defendant as an Industry Economist at the GS-13 grade level for ten years, has been denied promotion to higher grade levels based upon his race, color and national origin in violation of Title VII of the Civil Rights Act of 1964.

Defendant:

Defendant denies that Plaintiff has been denied promotion to higher grade levels based upon his race, color and national origin in violation of Title VII of the Civil Rights Act of 1964.

2.     Dispositive Motions

Defendant believes that this case can be resolved by a dispositive motion.

3.     Joinder and Amendment

The parties agreed that third party pleadings and amended pleadings, if any, should be filed within 60 days after the entry of a Scheduling Order unless otherwise ordered by the Court for good cause shown.

4.     Magistrate Judge

Plaintiff:

Plaintiff consents to the assignment of this case to a Magistrate Judge for all purposes.

Defendant:

Defendant does not agree to the assignment of this case to a Magistrate Judge except for settlement discussions.

5.     Settlement

The parties cannot determine the possibility of settlement at this time.

6.     ADR

The parties believe that it would be premature to send the case to alternative dispute resolution at this time.

7.	Dispositive Motions Schedule

Plaintiff proposes that any dispositive motions be filed no later than 45 days after the end of discovery; any oppositions be filed within 30 days after the filing of the motion; and any reply within 15 days after the filing of the opposition.

Defendant believes that the vast majority of plaintiff's claims are time-barred and should be dismissed pre-discovery. Defendant requests that the Court permit defendant to file a pre-discovery dispositive motion concerning such claims in the interests of judicial efficiency and economy because it would eliminate unnecessary time and expense for the parties, their witnesses, and the Court, and crystallize any disputed issues that may remain.[1]  Defendant and plaintiff will confer with regard to any timeliness issues prior to the filing of the motion.

8.	 Initial Disclosures

The parties agree to dispense with initial disclosures under Fed. R. Civ. P. 26(a)(1).

9.	Extent of Discovery

The parties propose that fact discovery close four months after the date the Scheduling Order is entered.  The parties agree that the limitations on discovery contained in Fed. R. Civ. P. 30, 33, and 34 should apply.

10.	Expert Witnesses

The parties recommend that the expert disclosures, if any, required by Fed. R. Civ. P. 26(a)(2) be made 60 days before the close of discovery; and that any rebuttal expert disclosure be made 30 days thereafter.  Expert depositions, if any, are to be conducted within 30 days after all expert disclosures are completed.

---

[1] If the Court accepts defendant's request, the scheduling order would reflect a briefing schedule.

11. Class Action

    This is not a class action lawsuit.

12. Bifurcation

    The parties do not seek bifurcation.

13. Pre-trial Conferences

    The parties agree that the Court should not set the date for the pretrial conference at this time.

14. Trial Date

    The parties agree that the Court should not schedule a firm trial date at the scheduling conference.

15. Proposed Order

    A proposed Scheduling Order is submitted herewith.

                                    Respectfully submitted,

_____   _____
Alan Lescht, DC Bar #441691            JEFFREY A. TAYLOR, D.C. BAR # 498610
Susan L. Kruger, DC Bar #414566        United States Attorney
Alan Lescht & Associates, P.C.
1050 17th Street, N.W.                 _____
Suite 220                              RUDOLPH CONTRERAS, D.C. Bar #434122
Washington, DC 20036                   Assistant United States Attorney
202-463-6036
202-463-6067 (fax)                     _____
                                       WYNEVA JOHNSON, D.C. Bar #278515
                                       Assistant United States Attorney
                                       Judiciary Center
                                       555 4th Street, N.W.
                                       E-4106
                                       Washington, D.C. 20530
                                       (202) 514-7224

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN ADESALU,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 07-2187 (PLF) |
| | ) |
| **KEVIN J. MARTIN, CHAIRMAN** | ) |
| Federal Communications Commission | ) |
| | ) |
| **Defendant.** | ) |

## SCHEDULING ORDER

UPON CONSIDERATION OF joint meet and confer report of the parties, it is hereby ORDERED as follows:

1. Third party pleadings and amended pleadings shall be filed within 60 days after the entry of this Order.

2. Any dispositive motions shall be filed no later than 45 days after the close of discovery, any opposition shall be filed within 30 days after service, and any reply shall be filed within 15 days after the opposition is filed.

3. Initial disclosures are not required.

4. Discovery shall close 120 days after the entry of this Order.

5. Expert disclosures shall be made 60 days before the close of discovery; and any rebuttal expert disclosure shall be made 30 days thereafter. Expert depositions, if any, are to be conducted within 30 days after all expert disclosures are completed.

6. The pre-trial conference shall be set upon completion of discovery.

7.	The trial of this case shall be set at the pre-trial conference.

SO ORDERED THIS _____ day of _____, 2008.


	_____
	UNITED STATES DISTRICT JUDGE




cc:

| Attorney for Defendant | Attorneys for Plaintiff |
|---|---|
| WYNEVA JOHNSON | ALAN LESCHT, SUSAN KRUGER |
| Assistant United States Attorney | Alan Lescht and Assoc., P.C. |
| Judiciary Center Building | 1050 17th St NW |
| 555 4th Street, N.W., E-4106 | Suite 220 |
| Washington, D.C. 20530 | Washington, D.C. 20036-5545 |