# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JOHN ADESALU,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-2187 (PLF)** |
| | ) | |
| **KEVIN J. MARTIN, CHAIRMAN,** | ) | |
| **FEDERAL COMMUNICATIONS** | ) | |
| **COMMISSION** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully

moves this Court for an Enlargement of Time up to and including July 25, 2008 to file its Motion

for Summary Judgment.  Plaintiff's Counsel has no objection to this request for enlargement of

time.  The parties request that the briefing schedule be further amended in the following manner:

Plaintiff will be permitted to file the Opposition up to and including August 25, 2008 and

Defendant will be permitted to file the Reply up to and including September 5, 2008.

The additional time is requested because Counsel has been unable to complete the

coordination and discussions with the agency with regard to the filing of Defendant's Motion for

Summary Judgment.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

\_\_ /s/ _____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
555 4th Street, N.W., E-4106
Washington, D.C. 20530

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| JOHN ADESALU, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2187 (PLF) |
| ) | |
| KEVIN J. MARTIN, CHAIRMAN, ) | |
| FEDERAL COMMUNICATIONS ) | |
| COMMISSION ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## <u>ORDER</u>

UPON CONSIDERATION OF Defendant's Unopposed Motion for Enlargement of

Time, and for good cause shown, it is hereby

ORDERED that Defendant's Unopposed Motion for Enlargement of Time is Granted.  It

is

FURTHER ORDERED that the briefing schedule is amended as follows: Defendant's

Motion for Summary Judgment will be filed up to and including July 25, 2008.  Plaintiff's

Opposition will be filed up to and including August 25, 2008.  Defendant's Reply will be filed

up to and including September 5, 2008,


_____

UNITED STATES DISTRICT  JUDGE