**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN ADESALU | ) Civil Action No. 1:07-CV-02187(PLF) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KEVIN J. MARTIN, CHAIRMAN | ) |
| Federal Communications Commission, | ) |
| | ) |
| Defendant | ) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Susan L. Kruger, Esq. as counsel in this case for the Plaintiff, John Adesalu.

                                                _____/s/_____
                                                Alan Lescht, Bar No. 441691
                                                Susan L. Kruger, Bar No. 414566
                                                Alan Lescht & Associates, P.C.
                                                1050 17th St., N.W. Suite 220
                                                Washington, D.C. 20036
                                                (202) 463-6036
                                                (202) 463-6067 (fax)
                                                Counsel for Plaintiff