**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JOHN ADESALU | ) | Civil Action No. 1:07-CV-02187(PLF) |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN J. MARTIN, CHAIRMAN | ) | |
| Federal Communications Commission, | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for an Enlargement of Time up to and including September 2, 2008, to file an opposition to Defendant's Motion for Summary Judgment. Defendant's counsel consents to this request for enlargement of time. The parties request that the briefing schedule be further amended so that Defendant may file its Reply up to and including September 23, 2008.

The additional time is requested due to the vacation and work schedules of Plaintiff's counsel. This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Respectfully submitted,


_____/s/_____
Alan Lescht, Bar No. 441691
Susan L. Kruger, Bar No. 414566
Alan Lescht & Associates, P.C.
1050 17th St., N.W. Suite 220
Washington, D.C. 20036
(202) 463-6036
(202) 463-6067 (fax)
Counsel for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


| | |
|---|---|
| JOHN ADESALU | ) Civil Action No. 1:07-CV-02187(PLF) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KEVIN J. MARTIN, CHAIRMAN | ) |
| Federal Communications Commission, | ) |
| | ) |
| | ) |
| Defendant | ) |

**ORDER**

UPON CONSIDERATION of Plaintiff's Consent Motion for Enlargement of Time, and for good cause shown, it is hereby

ORDERED that Plaintiff's Consent Motion for Enlargement of Time is Granted. It is

FURTHER ORDERED that the briefing scheduled is amended as follows: Plaintiff's Opposition to Defendant's Motion for Summary Judgment will be filed up to and including September 2, 2008.  Defendant's Reply will be filed up to and including September 23, 2008.

_____
UNITED STATES DISTRICT JUDGE